FILED
June 27, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

CASE NO. 24-CV-02698

DONALD McCRAY
PLAINTIFF
VS.

IN THE UNITED
STATES DISTRICT
COURT OF THE
EASTERN
DISTRICT OF
NEW YORK
DIVISION

TEENR TIMMONS, AND
DELYNDA SMITH

PETITION FOR JOINT-PARTY, TO
MAKE (A) DEFENDANT, HEREIN BY
SUBMISSION:

TO THE DISTRICT JUDGE SAID COURT

COMES NOW: DONALD McCRAY THE
PLAINTIFF, HEREIN IN THE ABOVE
ENTITLE CASE FILES THIS HIS
PETITION FOR JOINT-PARTY TO
MAKE (A) DEFENDANT, HEREIN BY
SUBMISSION-ADDING TO THE
DOCKET OF THIS COURT HEREIN.

## I.
## EXHIBIT-REVIEW

SUBMISSION OF: UNDISPUTED -
PROOF OF ACT.

BY: EXHIBIT-REVIEW HEREIN
ATTACHED PLAINTIFF, REQUEST
SAID JUDGE OF THIS COURT TO
: AMEND, THE DEFENDANTS
: TEENA TIMMONS - CLERK AT
1000 LAMAR ST., ROOM: 203
WICHITA FALLS, TX 76307, AND
: DELYNDA SMITH-CLERK, AT
205 E. 5TH AVENUE / ROOM: 133
AMARILLO TEXAS 79101, WHO
TOOK UP THE (INITIAL): ACT, OF
THE DEFENDANTS, AS (A)
: ACCOMPLICE, TO: UNDISPUTED-
PROOF, OF : ILLEGAL (AGGRAVAT
-ED): KIDNAPPING, AND: CRIME
OF TREASON, AGAINST THE U.S.
STATE OF THE UNION (TEXAS)
TREATY - AGREEMENT.

RESPECTFULLY
_____ DATE: 5/2024
MR. DONALD MCCRAY
2101 FM 369 N
IOWA PARK, TX 76367

- 2 -

# CERTIFICATE OF SERVICE

I DONALD McCRAY, HEREBY CERTIFY THAT, ON THIS ___ DAY OF MAY 2024, A TRUE AND CORRECT COPY OF THIS PETITION, WAS MAILED TO THE DEFENDANTS.

PLAINTIFF
MR. DONALD McCRAY
12071 FM 3522
ABILENE, TX 79601

IN THE UNITED STATES COURT OF
APPEALS FOR THE 2ND CIRCUIT
FOR: NEW YORK

DONALD RAY MCCRAY
APPELLANT

                                    CASE NO. _____

        AGAINST

1) THE STATE OF TEXAS
(EXECUTIVE - BRANCH)

2) TEX. DEPT. OF CRIMINAL
JUSTICE — INSTITUTIONAL
DIVISION

3) POTTER COUNTY, TEXAS

4) TEX 7TH DISTRICT COURT
COURT OF APPEALS, CLERK
: VIVAN LONG

TO THE CIRCUIT JUDGE OF SAID
COURT:

MOTION TO ISSUE (A): CERTIFICATE

OF APPEALABILITY:

APPELLANT: DONALD R. MCCRAY
MOVES THAT (A): CIRCUIT JUDGE
FOR THE 2ND CIRCUIT FOR: NEW
YORK - COURT OF APPEALS
ISSUE (A): CERTIFICATE OF
APPEALABILITY - (COA) TO
ENABLE HIM TO APPEAL THE
DENIAL OF THE: CIVIL PETITION
: 1983 IN (A): NEW YORK U.S.
DISTRICT COURT AND WILL
SHOW THE FOLLOWING:

## I.

THE: NEW YORK AT BROOKLYN
U.S. DISTRICT COURT - EASTERN
DISTRICT - (DENIED) APPELLANT
CIVIL PETITION: 1983 RELIEF
ON: AUGUST 12, 2021, AFTER
GRANTING - IN FORMA PAUPERIS
AUGUST 10, 2021;

## II.

AN APPEAL FROM (A) U.S.
DISTRICT COURT - DENIAL OF
THE: CIVIL PETITION: 1983

2.

PROCEDURE - REQUIRES, THAT A
DISTRICT/CIRCUIT, JUDGE
ISSUE(A):CERTIFICATE OF
APPEALABILITY-(COA)...

## II.

APPEAL FROM THE U.S. DISTRICT
COURT FOR THE EASTERN
DISTRICT OF: NEW YORK IN
BROOKLYN CASE NO. 1:12-CV-4448
(KAM)(LB).

## III.

### JUDGMENT OF CONVICTION

ON: JUNE 7, 2023, (CHINA): KIYO A.
MATSUMOTO WAS FOUND
GUILTY AS (A), U.S. DISTRICT
JUDGE IN: BROOKLYN, NEW
YORK, OF 1): BLACKMALE/BRIBE,
2): FEDERAL-RACKETEERING,
INFLUENCED AND: CORRUPT-
ORGANIZATING, 3): ACCOMPILICE
TO: CRIME OF TREASON/2ND ACT OF
WAR BY: JUDGMENT OF CONVICT-
ION ISSUED BY - AMERICAN, U.S.
DISTRICT JUDGE: HENRY E.
AUTREY, IN THE U.S. DISTRICT

3

COURT-EASTERN DISTRICT OF
MISSOURI AT: ST. LOUIS AFTER
(HE) KNEW AND STATED IN HIS
PERSONAL - JUDGMENT, THAT
(TEXAS) VIR THE: EXECUTIVE -
BRANCH OF OFFICE GOVERNMENT
(DEFEATED) FROM THE: LAW OF
THE (TEXAS) U.S. GOVERNMENT
STATE OF THE - UNION (PIECE)
TREATY - AGREEMENT MAILED
CRIMINAL - UNDISPUTED PROOF, TO
(TEXAS) AFTER READING (A)
RECORDED OFFICIAL - COMFESS
- ION, MADE BY - TEXAS...
SEE: STATE VS. McCRAY, IN THE
251st CRIMINAL DISTRICT COURT
OF POTTER COUNTY, TEXAS -
CAUSE NO. 70652-C REPORTER'S
RECORD-DECEMBER 15, 2015,
: INITAL - APPEARANCE OF PARTIES
SEE: NOV. 4th 2019
VOLUME: 4, OF: 7, VOLUMES -
PAGE: 31 LINE: 1, TO: 25 - PAGE:
32 LINE: 1 TO: 25 - PAGE: 33
LINE: 1 TO: 23, ... PAGE: 54
LINE: 13, TO: 20

4.

=<u>INITIAL</u> - APPEARANCE OF PARTIES

SEE : McCRAY VS. THE TEXAS
DEPT. OF CRIMINAL JUSTICE -
INSTITUTIONAL DIVISION, IN
THE 7<u>TH</u> DISTRICT COURT OF
APPEALS IN: POTTER COUNTY
(AMARILLO) TEXAS - TRIAL
CAUSE NO. <u>70652-C</u>

APPEALS COURT - CASE NO. <u>07-(16)</u>
- <u>00444-CR</u>
2): CASE NO. <u>07-(17)-00058-CR</u>

3): CASE NO. <u>07-(19)-00167-CR</u>

<u>IV</u>.
FEDERAL - RACKETEERING

INVOKED BY (ACT) OF U.S.
(FEDERAL) DISTRICT JUDGE
: <u>HENRY AUTREY</u>  AGAINST
FEDERAL - CRIME, COMMITTED AS
(A): <u>ACCOMPLICE</u> BY (CHINA)

: <u>KIYO MATSUMOTO</u> TO: CRIME OF
RACISM, ILLEGAL - KIDNAPPING
ACCOMPLICE TO: CRIME OF
5.

TREASON, WHEN (A) FEDERAL —
RULE CANNOT BE (USED) TO
TRANSFER A: GOVERNMENTAL —
DEFENDANT, TO THE (HOME, TOWN,
OR CITY) OF THE DEFENDANT
UNDER FEDERAL-LAW THE
CASE (MUST) BY: MANDATORY —
LAW REMAIN IN THE: INITIAL
COURT AND JURISDICTION ---

## V.
## GUILTY BY 2ND
## JUDGMENT OF CONVICTION

KIYO MATSUMOTO WAS FOUND
: GUILTY, ON APPEAL IN
THE 8TH JUDICIAL CIRCUIT
 JUDGMENT OF CONVICTION —
ORDER ENTERED — SEPT. 12, 2023
BY: SHEPHERD STRRS, AND: KOBES
U.S. CIRCUIT JUDGES, IN: McCRAY
VS. I.R.S. AND: YOUNG, CASE
NO. 23-2602

RESPECTFULLY                    DATE: 5/2024
MR. DONALD McCRAY-ABILENE, TX 79601
                    6.

# CERTIFICATE OF SERVICE

I DONALD McCRAY HEREBY CERTIFY
THAT ON THIS ___ DAY OF FEBRARY
2024, A TRUE AND CORRECT
COPY OF THIS (C.O.A.) WAS
MAILED TO THE: APPELLEE
(TEXAS): EXECUTIVE-BRANCH

APPELLANT
MR. DONALD McCRAY
RBILENE, TX 79601

COPY TO:

U.S. (AMBASSADOR) TO: CHINA

DIRECTOR: CHRISTOPHER WRAY
(F.B.I.) J. EDGAR HOOVER BLDG

ANTONY BLINKEN
U.S. SECRETARY OF STATE

GOVERNOR: GREG ABBOTT



MR. DONALD McCRAY
680699/ROBERTSON UNIT
12071 FM 3522
ABILENE, TX 79601

CLERK: TEENA TIMMONS
U.S. DISTRICT COURT-NORTHERN DISTRICT
OF TEXAS/ROOM: 203
1000 LAMAR STREET
WICHITA FALLS, TX 76307

JUN 2 7 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION